UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re:

Aziz Malak Yakoub
dba Pet Ark Broadway Inc., dba St. Mina Inc.
dba Pet Ark Tenth Ave Inc. and
Samia B. Beshat, dba Modern Limosine Inc.
dba Pets Unleashed Inc.

        Debtors.

------------------------------------------------------------x

Chapter 7
Case No. 8-20-71736-reg

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF TRUSTEE'S INTENDED SALE

PLEASE TAKE NOTICE that the above-named Debtor filed a voluntary Petition for relief under Chapter 7 of the Bankruptcy Code and the case is pending before the HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE for the Eastern District of New York.

PLEASE TAKE FURTHER NOTICE that Andrew M. Thaler, Chapter 7 Trustee, will sell through Maltz Auctions, Inc. Auctioneer, the Debtor's real property located at 27 Michael Road, Syosset, New York 11791 (the "**Property**"). The auction sale will be conducted via an online-only auction from September 27, 2021, at 1:00 pm EST through September 29, 2021, at 1:00 pm EST (the "Sale Date"). Online bidding will be made available for pre-registered bidders via Maltz's online bidding App available for download in the App Store or on Google play, and via desktop bidding at RemoteBidding.MaltzAuctions.com. Bidding is scheduled to close at 1:00 pm EST on Wednesday, September 29, 2021.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code Sections 363 (b) and (f) and Bankruptcy Rule 6004 and Local Bankruptcy Rule E.D.N.Y. LBR 6004-1 (b) the Assets will be sold free and clear of liens, claims and encumbrances, if any, with such liens, claims, and encumbrances to attach to the net proceeds of sale after deduction of all sale expenses such as Auctioneer's expenses and attorney fees. In order to register to bid, all prospective bidders must present at or prior to the auction an official bank check in the amount of $50,000.00 payable to Andrew M. Thaler, Esq., as Chapter 7 Trustee.

PLEASE TAKE FURTHER NOTICE that a copy of the complete Terms and Conditions of Sale may be obtained by contacting the Auctioneer at the telephone number and/or website listed below.

PLEASE TAKE FURTHER NOTICE that any objections to this sale must be in writing and be served upon the Trustee and be filed with the Clerk of the Bankruptcy Court, Eastern District of New York at United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722, so as to be received on or before 4:00 p.m. on the 13th day of September 2021.

PLEASE TAKE FURTHER NOTICE that, if objections are filed, a hearing on such objections will be conducted before THE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE, on September 15, 2021, at 9:30 a.m., at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722. If no objections are filed, no hearing will be held.

Dated: Central Islip, New York
       August 19, 2021

Maltz Auctions, Inc., Auctioneer
39 Windsor Place
Central Islip, New York 11722
Telephone (516) 349-7022 Fax (516) 349-0105
www.MaltzAuctions.com

Andrew M. Thaler, Chapter 7 Trustee
Thaler Law Firm PLLC, Attorneys for the Trustee
675 Old Country Road
Westbury, NY 11590
Telephone (516) 279-6700